# EXHIBIT A

**Sam Elway**

| | |
|---|---|
| **From:** | Ernesto Aguila [eaguila@cafelarica.com] |
| **Sent:** | Friday, December 22, 2006 2:30 PM |
| **To:** | David Gordon |
| **Cc:** | Sam Elway; Andy Gordon |
| **Subject:** | coffee |

David,

Happy holidays.

I need the balance of the Viets that I requited in the beginning of the month. I have a PO from Navarro that I am short 120 bags of Viets to complete this order.

My commitment to Andy this month was 150k, and with this last order we should come in around 160k, but I need this coffee here by Tuesday no later than Wednesday next week.

Horacio does not have any Viets until January 2007, so I need you to make this happen ASAP and I thank you.

Please advice,

Ernesto G. Aguila
Chief Executive Officer

## Cafe La Rica, LLC

2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.432 / Virus Database: 268.15.26/597 - Release Date: 12/21/2006 6:45 PM

## Sam Elway

**From:** Ernesto Aguila [eaguila@cafelarica.com]
**Sent:** Wednesday, December 13, 2006 12:45 PM
**To:** Sam Elway
**Subject:** viets

Sam,

Please inform Andy that by tomorrow we will be out of Viets. Sam this is a short month, and we need to have all of our needs here early to produce and deliver the goods.

Horaico is already Three days late on the 50 bags of Colombians that I ordered. I just informed him that I will need additional 50 bags of Colombians.

Thank you,

Ernesto G. Aguila
Chief Executive Officer

*Cafe La Rica, LLC*
2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

—
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.432 / Virus Database: 268.15.18/585 - Release Date: 12/13/2006 11:49 AM

**Sam Elway**

| | |
|---|---|
| **From:** | Ernesto Aguila [eaguila@cafelarica.com] |
| **Sent:** | Tuesday, December 12, 2006 11:06 AM |
| **To:** | Sam Elway |
| **Subject:** | RE: viets |

Yes,

Ernesto G. Aguila
Chief Executive Officer

## Cafe La Rica, LLC

2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

---

**From:** Sam Elway [mailto:selway@coffeeholding.com]
**Sent:** Tuesday, December 12, 2006 11:02 AM
**To:** Ernesto Aguila
**Subject:** RE: viets

Over and above the 220 that David arranged ??

---

**From:** Ernesto Aguila [mailto:eaguila@cafelarica.com]
**Sent:** Tuesday, December 12, 2006 10:59 AM
**To:** Sam Elway
**Subject:** viets

Sam,

Good morning I need 225 bags of Viets for Monday; I have an order for this amount of coffee.

Please advice,

Thanks,

Ernesto G. Aguila
Chief Executive Officer

**Sam Elway**

From:     Ernesto Aguila [eaguila@cafelarica.com]
Sent:     Tuesday, December 12, 2006 2:24 PM
To:       Sam Elway
Subject:  RE: viets

Sam,

I will hit my target number of $150,000

The total coffee request that I need is as follows for the month:

| | | | | |
|---|---|---|---|---|
| Viets: | 67,000 lbs | @ | .75= | $50,250 |
| Brazil: | 14,500 lbs | @ | $1.15 | $16,675 |
| Colombians: | 14,500 lbs. | @ | $1.02 | $14,790 |

This is the same amount that I requested on 11-29-06; the only thing that I have change is the mix to lower our cost per pound. This mix cost is $6,505 less than what I requested on 11-29-06.

Please advice,
Thanks,

Ernesto G. Aguila
Chief Executive Officer

*Cafe La Rica, LLC*
2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

**From:** Sam Elway [mailto:selway@coffeeholding.com]
**Sent:** Tuesday, December 12, 2006 1:46 PM
**To:** Ernesto Aguila
**Subject:** RE: viets

Ernesto

I have forwarded your request for the viets to Andy and before moving forward he would like to know if with this coffee you will able to have sales come to $150,000 in December?

**From:** Ernesto Aguila [mailto:eaguila@cafelarica.com]
**Sent:** Tuesday, December 12, 2006 11:06 AM
**To:** Sam Elway
**Subject:** RE: viets

Yes,

Ernesto G. Aguila
Chief Executive Officer

## Cafe La Rica, LLC

2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

**From:** Sam Elway [mailto:selway@coffeeholding.com]
**Sent:** Tuesday, December 12, 2006 11:02 AM
**To:** Ernesto Aguila
**Subject:** RE: viets

Over and above the 220 that David arranged ??

**From:** Ernesto Aguila [mailto:eaguila@cafelarica.com]
**Sent:** Tuesday, December 12, 2006 10:59 AM
**To:** Sam Elway
**Subject:** viets

Sam,

Good morning I need 225 bags of Viets for Monday; I have an order for this amount of coffee.

Please advice,

Thanks,

Ernesto G. Aguila
Chief Executive Officer

## Cafe La Rica, LLC

2131 NW 72nd Avenue

**Sam Elway**

| | |
|---|---|
| **From:** | Ernesto Aguila [eaguila@cafelarica.com] |
| **Sent:** | Thursday, December 07, 2006 11:44 AM |
| **To:** | Sam Elway |
| **Subject:** | RE: coffees |

Yes,

Just get me what he has I need it bad.

Ernesto G. Aguila
Chief Executive Officer

*Cafe La Rica, LLC*
2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

---

**From:** Sam Elway [mailto:selway@coffeeholding.com]
**Sent:** Thursday, December 07, 2006 11:30 AM
**To:** Ernesto Aguila
**Subject:** FW: coffees

FYI

---

**From:** David Gordon
**Sent:** Thursday, December 07, 2006 11:25 AM
**To:** Sam Elway
**Subject:** FW: coffees

Let him know there are only 200 bags - let me know and I will do the release.

I cannot find any of the naturals (50 bags) he is looking for.

*This e-mail and any attachments may contain proprietary, confidential or privileged information. If you are not the intended recipient of this e-mail, you must not review, disclose, copy, retransmit or use it. If you have received this e-mail in error, please immediately notify us by return e-mail, delete this e-mail and destroy all copies of it and any attachments. Please be aware that messages sent over the internet may not be secure and Coffee Holding Co., Inc. does not accept any legal responsibility for any errors or omissions in the contents of this message (including any attachments) or for any harm whatsoever that may be caused by viruses being passed. Unless otherwise specifically stated, this e-mail and any attachments shall not form a contract legally binding on Coffee Holding Co., Inc.*

--

2/14/2007

## Sam Elway

| | |
|---|---|
| **From:** | Ernesto Aguila [eaguila@cafelarica.com] |
| **Sent:** | Tuesday, December 05, 2006 3:28 PM |
| **To:** | Sam Elway |
| **Subject:** | inventory |

Andy,

First, I wanted to thank you, we will work hard to make it happen.

Sam, here are the needs for the next Two weeks.

| | |
|---|---|
| Viets: | 30,000 lbs |
| Brazils: | 12,000 lbs |
| Colombians: | 7,500 lbs |
| Decaf: | 1,000 lbs |

Sam, call me when you get done with your meeting to review.

Thank you,

Ernesto G. Aguila
Chief Executive Officer

## Cafe La Rica, LLC

2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.432 / Virus Database: 268.15.9/571 - Release Date: 12/5/2006 11:50 AM

2/14/2007

## Sam Elway

| | |
|---|---|
| **From:** | Ernesto Aguila [eaguila@cafelarica.com] |
| **Sent:** | Friday, December 01, 2006 12:11 PM |
| **To:** | Sam Elway |
| **Cc:** | saguila@cafelarica.com; eaguila@cafelarica.com |
| **Subject:** | CLR COFFEE NEEDS.xls |

<<...>>

--

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.430 / Virus Database: 268.15.3/562 - Release Date: 12/1/2006 1:12 PM

2/14/2007

## CAFÉ LA RICA COFFEE NEEDS:

| CUSTOMERS | ROASTED LBS. | GREEN COFFEE | SELLING PRICE |
|---|---|---|---|
| Diplomat Coffee | 33,000 | 38,823 | $ 1.30 |
| Gourmet Cup | 15,000 | 17,647 | $ 1.80 |
| Farm Stores | 2,200 | 2,750 | $ 2.27 |
| Park Avenue | 4,000 | 4,705 | $ 2.20 |
| International | 1,500 | 1,765 | $ 2.25 |
| A.P.A | 2,000 | 2,352 | $ 1.70 |
| BC Coffee | 1,200 | 1,411 | $ 2.10 |
| C.B.I | 3,000 | 3,529 | $ 3.00 |
| HQM | 5,000 | 5,882 | $ 2.90 |
| Silva Coffee | 2,000 | 2,353 | $ 2.20 |
| Wal-Mart | 8,100 | 10,125 | $ 2.08 |
| C & B International | 4,050 | 5,620 | $ 1.60 |
| Jetro Cash & Carry | 1,000 | 1,176 | $ 2.20 |

82,050          98,138

| GREEN COFFEE | POUNDS | RATE | DOLLAR AMOUNT |
|---|---|---|---|
| VIETNAMS  60% | 58,882 | $ 0.80 | $ 47,105.60 |
| BRAZIL  25% | 24,100 | $ 1.10 | $ 26,510.00 |
| COLOMBIAN  15% | 14,460 | $ 1.01 | $ 14,604.60 |

TOTAL DOLLARS   $   88,220.20

## Sam Elway

**From:** Ernesto Aguila [eaguila@cafelarica.com]

**Sent:** Friday, November 03, 2006 1:35 PM

**To:** Sam Elway

**Subject:** viets

Sam,

Silva one of my customers came in looking for espresso W/B he needed 30 cases and I only have 6 cases.
He order 300 cases that's 3000 lbs for this week. I am 2000 lbs short for Monday delivery for my biggest customer
in Orlando.

Ernesto G. Aguila
Chief Executive Officer

## *Cafe' La Rica, LLC*

2131 N.W 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

## Sam Elway

| | |
|---|---|
| **From:** | Ernesto Aguila [eaguila@cafelarica.com] |
| **Sent:** | Saturday, October 28, 2006 2:40 PM |
| **To:** | Sam Elway |
| **Cc:** | Andy Gordon |

**Subject:** coffee

Sam,

I just got off the phone with Horacio, and he tells me that he does not have any Viets at this time.
We need for next week Viets for our production. We will need 250 to 300 bags for the month of November.

Please advice,
Have a great weekend.

Ernesto G. Aguila
Chief Executive Officer

*Cafe' La Rica, LLC*

2131 N.W 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

## Sam Elway

From:     Ernesto Aguila [eaguila@cafelarica.com]
Sent:     Friday, September 22, 2006 5:41 AM
To:       David Gordon
Cc:       Sam Elway
Subject:  coffee needs

David good morning,

Going over our coffee needs for next week, we are in need of brazils, Colombians, and Viets. We always close out the month with large production. This week alone we are going to need around 20,000 lbs of green coffee. Sam, when you get in this morning lets discuss the cash flow for green coffee. I will advice on checks coming to NY on Monday.

Thanks,

Ernesto G. Aguila
Chief Executive Officer

*Cafe' La Rica, LLC*

2131 N.W 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

## Sam Elway

**From:** Ernesto Aguila [eaguila@cafelarica.com]
**Sent:** Tuesday, August 22, 2006 12:13 PM
**To:** David Gordon
**Cc:** Sam Elway
**Subject:** coffee needs

David good morning,

I only need a couple of pounds this week. I have 5 super sacks of Viets that are WAY to light, and the order that came in for Diplomat 66% Colombian and 33% brazil again was very light and could not use it this week. There is not much that I could do with that coffee until we start roasting here and I could blend it will a darker coffee.

I need 4000 lbs for Viets darker for Diplomat.

I need 2000 lbs 66%colombain / 33% Brazil darker for Diplomat.

I need 1000 lbs Silva espresso 50% brazil / 50% viets

This should cover me until we get going here.

PS: I am running low with La Rica film and I have a big PO to fill early next month.
20 super sacks on their way to NY.

Please advice,


Ernesto G. Aguila
Chief Executive Officer

## Cafe' La Rica, LLC

2131 N.W 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760

**Sam Elway**

| | |
|---|---|
| **From:** | Ernesto Aguila [eaguila@cafelarica.com] |
| **Sent:** | Friday, July 07, 2006 11:24 AM |
| **To:** | David Gordon |
| **Cc:** | Sam Elway |
| **Subject:** | FW: larica_monday_coffee_needed.xls |
| **Importance:** | High |

Ernesto G. Aguila
Chief Executive Officer

## *Cafe' La Rica*

2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760
Cell: (786) 253-2297

**From:** Ernesto Aguila [mailto:eaguila@cafelarica.com]
**Sent:** Thursday, June 29, 2006 12:56 PM
**To:** 'David Gordon'
**Cc:** 'Sam Elway'; 'cafelaricallc@cafelarica.com'
**Subject:** FW: larica_monday_coffee_needed.xls
**Importance:** High

David, I will send over new sets of samples for all of these products.

Ernesto G. Aguila
Chief Executive Officer

## *Cafe' La Rica*

2131 NW 72nd Avenue
Miami, Florida 33122
Ph.: (305) 591-0040
Fax: (305) 591-0760
Cell: (786) 253-2297

**From:** Ernesto Aguila [mailto:eaguila@cafelarica.com]
**Sent:** Wednesday, June 28, 2006 12:00 PM
**To:** 'eaguila@cafelarica.com'
**Subject:** FW: larica_monday_coffee_needed.xls
**Importance:** High

| | | | | |
|---|---|---|---|---|
| Coffee Needed by Monday 7/10/2006 in Florida | | | | |
| Diplomat coffee | 66% colombain / 33% brazil | 4800 | super sacks WB | same as last weeks |
| Diplomat coffee | 100% viets | 14,400 | super sacks WB | same as last weeks |
| Silva | 50% viets / 50% brazil | 1000 | super sacks WB | same as last weeks |
| Gourmet cup | 66% viets / 33% brazil | 3000 | super sacks WB | samples on their way |
| Other accts. | Decaf 1/3 blend | 1000 | super sacks WB | samples on their way |
| | | | | |
| Coffee needed by Monday 7/17/2006 in Florida | | | | |
| | | | | |
| customer | Blend | # of Pounds | Packing | Color |
| Gourmet cup | 100% Colombain | 2000 | Super Sacks W/B | 2 shades lighter than Diplomat's |
| | | | | |
| | | | | |
| Coffee needed by Monday 7/24/2006 in Florida | | | | |
| Diplomat coffee | 66% colombain / 33% brazil | 4800 | super sacks W/B | same color as always |
| Diplomat coffee | 100% Viets | 14,400 | super sacks W/B | same color as always |
| | | | | |

# EXHIBIT B

Date:     02/15/07

Time:     10:05

# Profit and Loss Statement from Date   11/01/06 To   11/30/06
### Transaction Cross-Section by          Posting Date

| Account Name | Balance | Current Year |
|---|---|---|
| Revenues | | |
| Revenue - Revenue | | |
| Sales - Sales | | |
| 41010-00-00 - Sales - General | $ 93,077.61 | $ 1,008,818.28 |
| 41015-00-00 - Returns & Allowances | ($ 1,010.96) | ($ 10,648.80) |
| 41025-00-00 - Sales Discounts | ($ 510.33) | ($ 3,371.19) |
| Total Sales - Sales | $ 91,556.32 | $ 994,798.29 |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| Total Revenue - Revenue | $ 91,556.32 | $ 994,798.29 |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| Total Revenues | $ 91,556.32 | $ 994,798.29 |
| Cost of sales | | |
| Cost of Sales - Cost of Sales | | |
| COGS - COGS | | |
| 51010-00-00 - COGS - GREEN COFFEE | ($ 32,717.74) | ($ 656,854.87) |
| 51010-00-30 - Cost of Goods (Gen, FS) | ($ 9,161.04) | ($ 91,716.24) |

Continue

Date: 02/15/07

Time: 10:05

## Profit and Loss Statement from Date  11/01/06 To  11/30/06

| Account Name | Balance | Current Year |
|---|---|---|
| 51016-03-00 - Freight Out (FL, Gen ) | ($ 2,035.75) | ($ 23,066.87) |
| 51020-03-00 - Freight In (FL, Gen ) | ($ 834.24) | ($ 37,519.02) |
| 51017-03-00 - Warehouse (FL, Gen ) | ($ 184.80) | ($ 3,979.16) |
| 51201-03-00 - FLGS - Packaging (FL, Gen) | ($ 2,051.28) | ($ 23,930.18) |
| 51202-03-00 - FLGS - Film (FL,Gen) | | ($ 50,612.88) |
| 51204-03-00 - FLGS - Equipment  (FL, Gen) | $ 500.18 | ($ 4,594.29) |
| 51205-03-00 - Packaging Development (FL, Gen) | ($ 850.02) | ($ 8,170.02) |
| 51300-00-00 - Inventory Change (Gen, Gen) | ($ 12,779.05) | $ 94,666.49 |
| 51209-00-00 - Commissions (Gen, Gen) | ($ 197.20) | ($ 390.44) |
| | | |
| Total COGS - COGS | ($ 60,310.94) | ($ 806,167.48) |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| | | |
| Total Cost of Sales - Cost of Sales | ($ 60,310.94) | ($ 806,167.48) |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| | | |
| Total Cost of sales | ($ 60,310.94) | ($ 806,167.48) |
| | | |
| Gross Profit | $ 31,245.38 | $ 188,630.81 |
| Expenses | | |
| | | |
| Operating Exp - Operating Expenses | | |
| | | |
| General Exp - General Expenses | | |
| | | |
| 71081-00-00 - Admin Fee to Coffee Holding | ($ 4,653.88) | ($ 49,056.99) |
| 71150-00-00 - Rent | | ($ 3,926.22) |
| 71165-00-00 - Salaries Officers | ($ 11,538.45) | ($ 86,769.14) |

Printed by SAP Business One

Continue

Date:     02/15/07
Time:     10:05

## Profit and Loss Statement from Date   11/01/06 To   11/30/06

| Account Name | Balance | Current Year |
|---|---|---|
| 71167-03-00 - Salaries Ofice - Florida | ($ 4,326.85) | ($ 39,856.47) |
| 71169-03-00 - Salaries Factory - Florida | ($ 9,539.71) | ($ 93,936.70) |
| 71172-00-00 - Payroll Taxes | ($ 1,849.79) | ($ 18,256.83) |
| 71010-03-00 - Advertising & Promotion (FL, Gen ) | $ 622.40 | ($ 3,083.00) |
| 71020-03-00 - Bank Charges (FL, Gen) | ($ 45.60) | ($ 674.54) |
| 71030-03-00 - Depreciation (FL, Gen ) | ($ 6,295.36) | ($ 29,738.71) |
| 71042-03-00 - Fines & Penalties (FL, Gen ) | | ($ 840.91) |
| 71043-03-00 - Professional Services (LEGAL) (FL, Gen ) | | ($ 24,998.00) |
| 71045-03-00 - Security Service/Expense (FL, Gen ) | | ($ 1,076.36) |
| 71046-03-00 - Accounting and Audit (FL, Gen ) | | ($ 2,610.00) |
| 71050-03-00 - Equipment Rentals (FL, Gen ) | ($ 144.45) | ($ 144.45) |
| 71055-03-00 - Factory Supplies (FL, Gen ) | ($ 1,143.37) | ($ 20,846.86) |
| 71056-03-00 - Gas (FL, Gen ) | ($ 505.88) | ($ 5,859.41) |
| 71062-03-00 - Auto Expense (FL, Gen ) | ($ 679.50) | ($ 5,330.39) |
| 65-03-00 - Insurance  -  Office (FL, Gen ) | $ 220.57 | ($ 39,651.30) |
| 71080-03-00 - Licenses and Fees (FL, Gen ) | ($ 82.50) | ($ 4,343.73) |
| 71110-03-00 - Office Supplies (FL, Gen ) | $ 381.43 | ($ 6,710.68) |
| 71100-03-00 - Miscellaneous - Sundry (FL, Gen) | | ($ 678.75) |
| 71111-03-00 - Office Expense (FL, Gen ) | ($ 595.00) | ($ 4,519.67) |
| 71120-03-00 - Postage - UPS - Fedex - DHL (FL, Gen ) | | ($ 3,273.82) |
| 71130-03-00 - Warehouse Supplies (FL, Gen ) | ($ 1,597.35) | ($ 2,278.53) |
| 71150-03-00 - Rent (FL, Gen ) | ($ 9,063.46) | ($ 59,518.00) |
| 71160-03-00 - Repairs and Maintenance (FL, Gen ) | | ($ 10,429.64) |
| 71180-03-00 - Contract Labor (FL, Gen ) | | ($ 275.00) |
| 71181-03-00 - Payroll Service (FL, Gen ) | ($ 97.30) | ($ 702.50) |
| 71190-03-00 - Telephone (FL, Gen ) | ($ 714.25) | ($ 6,962.83) |
| 71191-03-00 - Utilities - Gas & Electric (FL, Gen ) | | ($ 7,554.29) |
| 71193-03-00 - Cleaning/Sanitation (FL, Gen ) | ($ 506.41) | ($ 4,359.37) |
| 71220-03-00 - Entertainment (FL, Gen ) | | ($ 1,543.19) |

Printed by SAP Business One

Continue

Date:    02/15/07

Time:    10:05

## Profit and Loss Statement from Date   11/01/06 To   11/30/06

| Account Name | Balance | Current Year |
|---|---|---|
| 71225-03-00 - Travel Expenses (FL, Gen ) | ($ 48.00) | ($ 48.00) |
| 71226-03-00 - Travel - Airlines (FL, Gen ) | | ($ 148.59) |
| 71227-03-00 - Travel - Hotel (FL, Gen ) | $ 5,157.21 | $ 1,884.84 |
| 71228-03-00 - Travel - Food (FL, Gen ) | ($ 65.13) | ($ 7,813.05) |
| 71229-03-00 - Travel - Car Rental/Taxi (FL, Gen ) | | ($ 63.58) |
| 71230-03-00 - Show & Demo (FL, Gen) | | ($ 1,992.97) |
| 99999-00-00 - Miscellaneous | | ($ 76.47) |
| | | |
| Total General Exp - General Expenses | ($ 47,110.63) | ($ 548,064.10) |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| | | |
| Total Operating Exp - Operating Expenses | ($ 47,110.63) | ($ 548,064.10) |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| | | |
| 72702-03-00 - Corporation Relocation (FL, Gen) | | ($ 11,451.87) |
| | | |
| Total Expenses | ($ 47,110.63) | ($ 559,515.97) |
| | | |
| Operating Profit | ($ 15,865.25) | ($ 370,885.16) |
| Financing | | |
| | | |
| Prov for Taxes - Provision for Taxes | | |
| | | |
| Tax Expenses - Tax Expenses | | |
| | | |
| 91180-00-00 - Interest Income | $ 47.52 | $ 1,244.56 |
| 91110-03-00 - State Income Tax (FL, Gen) | ($ 1,255.00) | ($ 1,255.00) |

Printed by SAP Business One

Continue

Date:     02/15/07

Time:     10:05

## Profit and Loss Statement from Date   11/01/06 To   11/30/06

| Account Name | Balance | Current Year |
|---|---|---|
| Total Tax Expenses - Tax Expenses | ($ 1,207.48) | ($ 10.44) |
| Total Prov for Taxes - Provision for Taxes | ($ 1,207.48) | ($ 10.44) |
| Total Financing | ($ 1,207.48) | ($ 10.44) |
| Profit After Financing Expenses | ($ 17,072.73) | ($ 370,895.60) |
| Other revenues and expenses | | |
| Total Other revenues and expenses | | |
| Profit Period | ($ 17,072.73) | ($ 370,895.60) |

Printed by SAP Business One

Date:   02/15/07

Time:   10:05

# Profit and Loss Statement from Date   12/01/06 To   12/31/06
### Transaction Cross-Section by     Posting Date

| Account Name | Balance | Current Year |
|---|---|---|
| Revenues | | |
| Revenue - Revenue | | |
| Sales - Sales | | |
| 41010-00-00 - Sales - General | $ 153,577.52 | $ 1,162,395.80 |
| 41015-00-00 - Returns & Allowances | ($ 917.11) | ($ 11,565.91) |
| 41025-00-00 - Sales Discounts | ($ 449.25) | ($ 3,820.44) |
| 41027-00-00 - Sales Accrual (Gen, Gen) | $ 9,478.44 | $ 9,478.44 |
| Total Sales - Sales | $ 161,689.60 | $ 1,156,487.89 |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| Total Revenue - Revenue | $ 161,689.60 | $ 1,156,487.89 |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| Total Revenues | $ 161,689.60 | $ 1,156,487.89 |
| Cost of sales | | |
| Cost of Sales - Cost of Sales | | |
| COGS - COGS | | |
| 51010-00-00 - COGS - GREEN COFFEE | ($ 151,930.93) | ($ 808,785.80) |

Page:  1   Continued on next page        Printed by SAP Business One

Continue

Date:    02/15/07

Time:    10:05

## Profit and Loss Statement from Date   12/01/06 To   12/31/06

| Account Name | Balance | Current Year |
|---|---|---|
| 51010-00-30 - Cost of Goods (Gen, FS) | ($ 855.21) | ($ 92,571.45) |
| 51020-00-00 - F R E I G H T   I N | ($ 127.00) | ($ 127.00) |
| 51204-00-00 - COGS - E Q U I P M E N T for RESALE | ($ 2,373.79) | ($ 2,373.79) |
| 51016-03-00 - Freight Out (FL, Gen ) | ($ 2,879.61) | ($ 25,946.48) |
| 51020-03-00 - Freight In (FL, Gen ) | ($ 3,354.19) | ($ 40,873.21) |
| 51017-03-00 - Warehouse (FL, Gen ) | ($ 1,396.44) | ($ 5,375.60) |
| 51201-03-00 - FLGS - Packaging (FL, Gen) | ($ 2,284.02) | ($ 26,214.20) |
| 51202-03-00 - FLGS - Film (FL,Gen) | ($ 4,388.21) | ($ 55,001.09) |
| 51204-03-00 - FLGS - Equipment  (FL, Gen) | | ($ 4,594.29) |
| 51205-03-00 - Packaging Development (FL, Gen) | ($ 850.00) | ($ 9,020.02) |
| 51300-00-00 - Inventory Change (Gen, Gen) | $ 14,022.00 | $ 108,688.49 |
| 51209-00-00 - Commissions (Gen, Gen) | ($ 150.85) | ($ 541.29) |
| | | |
| Total COGS - COGS | ($ 156,568.25) | ($ 962,735.73) |
| | - - - - - - - - - - - - - | - - - - - - - - - - - - - |
| | | |
| Total Cost of Sales - Cost of Sales | ($ 156,568.25) | ($ 962,735.73) |
| | - - - - - - - - - - - - | - - - - - - - - - - - - - |
| | | |
| Total Cost of sales | ($ 156,568.25) | ($ 962,735.73) |
| | | |
| Gross Profit | $ 5,121.35 | $ 193,752.16 |
| Expenses | | |
| | | |
| Operating Exp - Operating Expenses | | |
| | | |
| General Exp - General Expenses | | |

Printed by SAP Business One

Continue

Date:  02/15/07

Time:  10:05

## Profit and Loss Statement from Date  12/01/06 To  12/31/06

| Account Name | Balance | Current Year |
|---|---|---|
| 71081-00-00 - Admin Fee to Coffee Holding | ($ 7,610.56) | ($ 56,667.55) |
| 71150-00-00 - Rent | | ($ 3,926.22) |
| 71165-00-00 - Salaries Officers | ($ 8,653.53) | ($ 95,422.67) |
| 71167-03-00 - Salaries Ofice - Florida | ($ 3,461.48) | ($ 43,317.95) |
| 71169-03-00 - Salaries Factory - Florida | ($ 7,936.25) | ($ 101,872.95) |
| 71172-00-00 - Payroll Taxes | ($ 1,458.97) | ($ 19,715.80) |
| 71010-03-00 - Advertising & Promotion (FL, Gen ) | | ($ 3,083.00) |
| 71020-03-00 - Bank Charges (FL, Gen ) | ($ 32.00) | ($ 706.54) |
| 71030-03-00 - Depreciation (FL, Gen ) | ($ 6,290.35) | ($ 36,029.06) |
| 71033-03-00 - Depr - Office  Equipment (FL, Gen ) | ($ 391.04) | ($ 391.04) |
| 71042-03-00 - Fines & Penalties (FL, Gen ) | | ($ 840.91) |
| 71043-03-00 - Professional Services (LEGAL) (FL, Gen ) | ($ 1,800.00) | ($ 26,798.00) |
| 71045-03-00 - Security Service/Expense (FL, Gen ) | ($ 150.84) | ($ 1,227.20) |
| 71046-03-00 - Accounting and Audit (FL, Gen ) | | ($ 2,610.00) |
| 7  0-03-00 - Equipment Rentals (FL, Gen ) | | ($ 144.45) |
| 71055-03-00 - Factory Supplies (FL, Gen ) | ($ 2,866.26) | ($ 23,713.12) |
| 71056-03-00 - Gas (FL, Gen ) | ($ 700.16) | ($ 6,559.57) |
| 71062-03-00 - Auto Expense (FL, Gen ) | ($ 1,219.74) | ($ 6,550.13) |
| 71065-03-00 - Insurance  -  Office (FL, Gen ) | ($ 3,018.50) | ($ 42,669.80) |
| 71080-03-00 - Licenses and Fees (FL, Gen ) | ($ 40.00) | ($ 4,383.73) |
| 71110-03-00 - Office Supplies (FL, Gen ) | ($ 682.17) | ($ 7,392.85) |
| 71100-03-00 - Miscellaneous - Sundry (FL, Gen) | | ($ 678.75) |
| 71111-03-00 - Office Expense (FL, Gen ) | ($ 217.56) | ($ 4,737.23) |
| 71120-03-00 - Postage - UPS - Fedex - DHL (FL, Gen ) | | ($ 3,273.82) |
| 71130-03-00 - Warehouse Supplies (FL, Gen ) | ($ 82.12) | ($ 2,360.65) |
| 71150-03-00 - Rent (FL, Gen ) | ($ 9,063.37) | ($ 68,581.37) |
| 71160-03-00 - Repairs and Maintenance (FL, Gen ) | ($ 240.00) | ($ 10,669.64) |
| 71180-03-00 - Contract Labor (FL, Gen ) | | ($ 275.00) |
| 71181-03-00 - Payroll Service (FL, Gen ) | ($ 87.40) | ($ 789.90) |

Printed by SAP Business One

# Continue

Date: 02/15/07

Time: 10:05

## Profit and Loss Statement from Date  12/01/06 To  12/31/06

| Account Name | Balance | Current Year |
|---|---|---|
| 71190-03-00 - Telephone (FL, Gen ) | ($ 848.85) | ($ 7,811.68) |
| 71191-03-00 - Utilities - Gas & Electric (FL, Gen ) | ($ 4,115.19) | ($ 11,669.48) |
| 71193-03-00 - Cleaning/Sanitation (FL, Gen ) | ($ 980.33) | ($ 5,339.70) |
| 71220-03-00 - Entertainment (FL, Gen ) | ($ 527.13) | ($ 2,070.32) |
| 71225-03-00 - Travel Expenses (FL, Gen ) | ($ 268.20) | ($ 316.20) |
| 71226-03-00 - Travel - Airlines (FL, Gen ) | ($ 368.60) | ($ 517.19) |
| 71227-03-00 - Travel - Hotel (FL, Gen ) | ($ 1,384.85) | $ 499.99 |
| 71228-03-00 - Travel - Food (FL, Gen ) | ($ 248.58) | ($ 8,061.63) |
| 71229-03-00 - Travel - Car Rental/Taxi (FL, Gen ) | | ($ 63.58) |
| 71230-03-00 - Show & Demo (FL, Gen) | | ($ 1,992.97) |
| 99999-00-00 - Miscellaneous | | ($ 76.47) |
| | | |
| Total General Exp - General Expenses | ($ 64,744.03) | ($ 612,808.13) |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| | | |
| | | |
| Total Operating Exp - Operating Expenses | ($ 64,744,03) | ($ 612,808.13) |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| | | |
| 72702-03-00 - Corporation Relocation (FL, Gen) | | ($ 11,451.87) |
| | | |
| Total Expenses | ($ 64,744,03) | ($ 624,260.00) |
| | | |
| | | |
| Operating Profit | ($ 59,622.68) | ($ 430,507.84) |
| Financing | | |
| | | |
| Prov for Taxes - Provision for Taxes | | |

Printed by SAP Business One

## Continue

Date: 02/15/07

Time: 10:05

## Profit and Loss Statement from Date 12/01/06 To 12/31/06

| Account Name | Balance | Current Year |
|---|---|---|
| Tax Expenses - Tax Expenses | | |
| 91180-00-00 - Interest Income | $ 138.60 | $ 1,383.16 |
| 91110-03-00 - State Income Tax (FL, Gen) | | ($ 1,255.00) |
| Total Tax Expenses - Tax Expenses | $ 138.60 | $ 128.16 |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| Total Prov for Taxes - Provision for Taxes | $ 138.60 | $ 128.16 |
| | - - - - - - - - - - - - - - | - - - - - - - - - - - - - - |
| Total Financing | $ 138.60 | $ 128.16 |
| After Financing Expenses | ($ 59,484.08) | ($ 430,379.68) |
| Other revenues and expenses | | |
| Total Other revenues and expenses | | |
| Profit Period | ($ 59,484.08) | ($ 430,379.68) |

Printed by SAP Business One

Coffee Needed by Monday 7/03/2006 in Florida

| Customer | Blend | # of pounds | packing | color |
|---|---|---|---|---|
| Diplomat coffee | 66% colombain / 33% brazil | 4400 | super sacks WB | little darker than sample |
| Diplomat coffee | 100% viets | 8800 | super sacks WB | little darker than sample |

Coffee Needed by Monday 7/10/2006 in Florida

Coffee needed by Monday 7/17/2006 in Florida

| customer | Blend | # of Pounds | Packing | Color |
|---|---|---|---|---|
| Diplomat coffee | 66% colombain / 33% brazil | 4400 | super sacks WB | little darker than sample |
| Diplomat coffee | 100% viets | 8800 | super sacks WB | little darker than sample |