UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20389-CIV-JEM

07-23S

Coffee Bean Trading-Roasting, LLC,

    Plaintiff(s),

v.

Coffee Holding, Inc.,

    Defendant(s),



FILED by _____ D.C.
Apr 25, 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

FILED by _____ D.C.
INTAKE
MAY - 7 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.

### CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT

Pursuant to the Order of Transfer entered on **April 20, 2007**, the above-styled case is hereby transferred to the **USDC, District of Delaware**. Enclosed are certified copies of the Order of Transfer and the Court's docket sheet. The case record is [ ] **a combined paper and electronic file or [✓] an electronic file** and the imaged documents can be obtained at **PACER.USCOURTS.GOV** by using your Pacer **(not CM/ECF)** login and password. If you do not have a pacer login, please contact the Pacer Center at 1-800-676-6856.

DONE at the Federal Courthouse, Fort Lauderdale, Florida, this 25 day of April 2007.

CLARENCE MADDOX,
Court Administrator • Clerk of Court

By: *Lisa I. Streets*
Lisa I. Streets
Deputy Clerk

---

Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:

United States District Court
Southern District of Florida
299 East Broward Boulevard Room #108
Fort Lauderdale, FL 33301

Received By: Elizabeth Duncan
New Case No. 07-235



FILED
MAY - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE